| EXHIBIT A -- 2007 ENTRIES | | POE | ENTERED VALUE | LOSS OF REVENUE | DUTY PAID AT TIME OF ENTRY | TAXES AND FEES (HMF & MPF) | Number of Pairs on Entry |
|---|---|---|---|---|---|---|---|
| DQ715079652 | 7/17/2007 | 2720 | $540.00 | $226.80 | $32.40 | $25.00 | 360 |
| MN810112099 | 7/25/2007 | 2704 | $24,762.00 | $10,400.00 | $1,485.72 | $82.95 | 11820 |
| MN810113204 | 7/31/2007 | 2704 | $19,824.00 | $3,825.36 | $1,189.44 | $66.41 | 9108 |
| DQ701708991 | 8/6/2007 | 2704 | $25,224.00 | $10,594.08 | $1,513.44 | $84.50 | 10248 |
| MN810114087 | 8/7/2007 | 2720 | $4,064.00 | $1,115.26 | $243.84 | $25.00 | 523 |
| MN810114095 | 8/7/2007 | 2720 | $9,042.00 | $4,111.83 | $542.52 | $25.00 | 1404 |
| MN810114178 | 8/7/2007 | 2704 | $8,064.00 | $3,386.88 | $483.84 | $35.08 | 3108 |
| MN810114202 | 8/7/2007 | 2704 | $56,610.00 | $28,242.81 | $3,396.60 | $189.64 | 17472 |
| MN810114210 | 8/7/2007 | 2704 | $1,342.00 | $563.64 | $80.52 | $26.68 | 671 |
| MN810115415 | 8/14/2007 | 2704 | $24,288.00 | $10,200.96 | $1,457.28 | $81.36 | 8496 |
| MN810115449 | 8/14/2007 | 2704 | $25,680.00 | $10,785.60 | $1,540.80 | $1,626.83 | 8880 |
| MN810115712 | 8/15/2007 | 2704 | $9,492.00 | $5,430.78 | $569.52 | $594.52 | 2712 |
| MN810115944 | 8/16/2007 | 2720 | $2,376.00 | $997.92 | $142.56 | $25.00 | 792 |
| MN810116645 | 8/22/2007 | 2720 | $1,224.00 | $514.08 | $73.44 | $25.00 | 408 |
| MN810117148 | 8/27/2007 | 2704 | $35,640.00 | $14,968.80 | $2,138.40 | $119.39 | 11880 |
| MN810117155 | 8/27/2007 | 2704 | $7,596.00 | $3,190.32 | $455.76 | $34.50 | 7596 |
| MN810117817 | 8/28/2007 | 2704 | $8,928.00 | $4,821.12 | $535.68 | $25.00 | 8928 |
| DQ701713462 | 9/2/2007 | 2704 | $44,004.00 | $1,501.32 | $2,640.24 | $147.42 | 11844 |
| MN810118914 | 9/5/2007 | 2704 | $59,508.00 | $30,971.16 | $3,570.48 | $199.36 | 14856 |
| DQ701714668 | 9/11/2007 | 2704 | $25,080.00 | $978.72 | $1,504.80 | $84.02 | 6300 |
| MN810119839 | 9/11/2007 | 2704 | $111,492.00 | $55,974.24 | $6,689.52 | $373.50 | 30324 |
| MN810120126 | 9/14/2007 | 2720 | $7,716.00 | $3,471.12 | $462.96 | $25.00 | 2415 |
| MN810122031 | 9/25/2007 | 2704 | $1,440.00 | $604.80 | $202.98 | $232.21 | 1128 |
| MN810122049 | 9/25/2007 | 2704 | $22,320.00 | $11,242.80 | $1,339.20 | $74.77 | 4680 |
| DQ701717323 | 10/2/2007 | 2704 | $29,340.00 | $7,491.60 | $1,760.40 | $98.29 | 8640 |
| MN810123229 | 10/2/2007 | 2720 | $1,116.00 | $468.72 | $66.96 | $25.00 | 372 |
| MN810123427 | 10/2/2007 | 2704 | $68,376.00 | $16,299.12 | $4,102.56 | $229.06 | 19932 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MN810124128 | 10/8/2007 | 2704 | $1,440.00 | $6,048.00 | $864.00 | $30.24 | 4800 |
| DQ701719717 | 10/10/2007 | 2704 | $19,500.00 | $1,464.00 | $1,170.00 | $65.33 | 4140 |
| MN810124524 | 10/10/2007 | 2704 | $21,168.00 | $8,890.56 | $1,270.08 | $70.91 | 7056 |
| DQ701720459 | 10/19/2007 | 2704 | $16,572.00 | $1,032.24 | $994.32 | $55.52 | 3444 |
| MN810126057 | 10/19/2007 | 2704 | $117,744.00 | $50,863.68 | $7,064.64 | $394.44 | 37668 |
| DQ701721291 | 10/24/2007 | 2704 | $19,080.00 | $4,316.40 | $1,144.80 | $63.92 | 5580 |
| MN810126776 | 10/29/2007 | 2704 | $172,920.00 | $85,139.10 | $10,375.20 | $579.28 | 53760 |
| MN810127824 | 10/31/2007 | 2704 | $11,340.00 | $4,762.80 | $680.40 | $39.18 | 3780 |
| DQ701721309 | 11/1/2007 | 2704 | $10,620.00 | $4,464.40 | $637.20 | $38.28 | 3540 |
| MN810128442 | 11/6/2007 | 2720 | $1,872.00 | $1,010.88 | $112.32 | $25.00 | 468 |
| MN810128723 | 11/7/2007 | 2704 | $22,200.00 | $9,784.80 | $1,485.60 | $74.37 | 7080 |
| DQ701724162 | 11/15/2007 | 2704 | $14,304.00 | $482.16 | $858.24 | $47.92 | 3576 |
| MN810132220 | 12/4/2007 | 2704 | $16,560.00 | $6,955.20 | $993.60 | $55.48 | 5520 |
| DQ701726175 | 12/5/2007 | 2704 | $4,500.00 | $180.00 | $270.00 | $30.63 | 900 |
| | | | | | | | |
| TOTAL | | | $1,084,908.00 | $427,774.06 | $64,624.14 | $6,043.04 | 346209 |

| EXHIBIT A 2008 ENTRIES | | POE | ENTERED VALUE | LOSS OF REVENUE | DUTY PAID AT TIME OF ENTRY | TAXES AND FEES (HMF & MPF) | Number of Pairs on Entry |
|---|---|---|---|---|---|---|---|
| MN810135314 | 1/2/2008 | 2704 | $43,260.00 | $23,020.50 | $4,326.00 | $144.93 | 12360 |
| MN810135322 | 1/2/2008 | 2704 | $43,920.00 | $16,689.60 | $4,392.00 | $147.13 | 14640 |
| MN810135330 | 1/2/2008 | 2704 | $101,520.00 | $38,557.60 | $10,152.00 | $340.09 | 33840 |
| MN810137385 | 1/15/2008 | 2704 | $88,560.00 | $33,652.80 | $8,856.00 | $296.68 | 29520 |
| DQ701732579 | 1/23/2008 | 2704 | $9,888.00 | $247.20 | $593.28 | $37.36 | 2472 |
| MN810138383 | 1/24/2008 | 2704 | $44,100.00 | $18,522.00 | $2,646.00 | $147.74 | 14700 |
| DQ701734542 | 1/30/2008 | 2704 | $29,760.00 | $1,100.40 | $1,785.60 | $99.70 | 7440 |
| MN810139787 | 1/30/2008 | 2704 | $101,520.00 | $38,577.60 | $10,152.00 | $340.09 | 33840 |
| MN810141767 | 2/12/2008 | 2704 | $21,600.00 | $9,072.00 | $1,296.00 | $72.36 | 7200 |
| MN810141783 | 2/12/2008 | 2704 | $21,600.00 | $9,072.00 | $1,296.00 | $72.36 | 7200 |
| MN810141791 | 2/12/2008 | 2704 | $23,760.00 | $9,979.20 | $1,425.60 | $79.60 | 7920 |
| MN810141809 | 2/12/2008 | 2704 | $21,600.00 | $9,072.00 | $1,296.00 | $72.36 | 7200 |
| DQ701736307 | 2/13/2008 | 2704 | $33,120.00 | $16,156.80 | $1,987.20 | $110.95 | 9480 |
| MN810142351 | 2/18/2008 | 2704 | $43,920.00 | $18,446.00 | $2,635.20 | $147.13 | 14640 |
| MN810142369 | 2/18/2008 | 2704 | $30,888.00 | $12,972.96 | $1,853.28 | $103.47 | 10296 |
| MN810143102 | 2/26/2008 | 2704 | $13,500.00 | $5,670.00 | $810.00 | $45.23 | 4500 |
| MN810143912 | 2/28/2008 | 2704 | $30,240.00 | $5,320.80 | $1,814.40 | $101.30 | 7590 |
| MN810143920 | 2/28/2008 | 2704 | $65,040.00 | $27,316.80 | $3,902.40 | $217.88 | 21600 |
| MN810144563 | 3/4/2008 | 2720 | $3,024.00 | $578.88 | $181.44 | $25.00 | 828 |
| MN810145875 | 3/12/2008 | 2704 | $32,076.00 | $13,471.92 | $1,924.56 | $107.46 | 10692 |
| MN810147483 | 3/21/2008 | 2720 | $2,688.00 | $67.20 | $161.28 | $25.00 | 672 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BDN00267950 | 3/26/2008 | 2704 | $28,440.00 | $11,944.80 | $1,706.40 | $95.27 | 9840 |
| BDN00268099 | 3/26/2008 | 2704 | $44,280.00 | $18,579.60 | $2,656.80 | $148.34 | 14760 |
| DQ701741349 | 3/29/2008 | 2704 | $42,360.00 | $20,671.20 | $2,541.60 | $141.91 | 12120 |
| BDN00269857 | 4/3/2008 | 2704 | $50,940.00 | $21,394.80 | $3,056.40 | $170.65 | 16980 |
| BDN00269865 | 4/3/2008 | 2704 | $18,720.00 | $7,862.40 | $1,123.20 | $62.71 | 6240 |
| BDN00272596 | 4/16/2008 | 2704 | $43,200.00 | $18,144.00 | $2,592.00 | $144.72 | 14400 |
| BDN00272604 | 4/16/2008 | 2704 | $21,240.00 | $10,071.00 | $1,274.40 | $71.15 | 6720 |
| BDN00272612 | 4/16/2008 | 2704 | $9,360.00 | $3,931.20 | $561.60 | $36.70 | 3120 |
| BDN00272638 | 4/17/2008 | 2704 | $27,720.00 | $16,494.30 | $1,663.20 | $92.86 | 8820 |
| MN810152434 | 4/22/2008 | 2720 | $1,827.00 | $575.51 | $109.62 | $25.00 | 522 |
| DQ701744251 | 4/23/2008 | 2704 | $23,682.00 | $8,761.65 | $1,420.92 | $79.34 | 4368 |
| BDN00275268 | 4/29/2008 | 2704 | $22,980.00 | $9,651.60 | $1,378.80 | $76.99 | 8100 |
| BDN00275490 | 4/30/2008 | 2704 | $47,160.00 | $19,807.20 | $2,829.60 | $157.99 | 15720 |
| BDN00275508 | 4/30/2008 | 2704 | $33,120.00 | $13,910.40 | $1,987.20 | $110.95 | 11040 |
| BDN00275516 | 4/30/2008 | 2704 | $52,524.00 | $22,060.08 | $3,151.44 | $175.96 | 17508 |
| BDN00276688 | 5/7/2008 | 2704 | $36,324.00 | $15,256.08 | $2,179.44 | $121.69 | 12108 |
| BDN00276365 | 5/13/2008 | 2704 | $3,492.00 | $1,466.64 | $209.52 | $29.37 | 1164 |
| BDN00277751 | 5/14/2008 | 2704 | $59,400.00 | $24,948.00 | $3,564.00 | $198.99 | 19800 |
| BDN00277744 | 5/17/2008 | 2704 | $28,860.00 | $9,155.70 | $1,731.60 | $96.69 | 8760 |
| BDN00279146 | 5/20/2008 | 2720 | $500.00 | $12.50 | $30.00 | $25.00 | 100 |
| BDN00279542 | 5/22/2008 | 2704 | $83,628.00 | $35,123.76 | $5,017.68 | $280.16 | 27876 |
| BDN00279559 | 5/22/2008 | 2704 | $31,680.00 | $1,267.20 | $1,900.80 | $106.13 | 6336 |
| BDN00279567 | 5/22/2008 | 2704 | $28,800.00 | $12,096.00 | $1,728.00 | $96.48 | 9600 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BAE00080201 | 5/30/2008 | 2704 | $30,960.00 | $13,003.20 | $1,857.60 | $103.72 | 10320 |
| BAE00080219 | 5/30/2008 | 2704 | $41,292.00 | $17,342.64 | $2,477.52 | $138.33 | 13764 |
| BAE00080391 | 6/3/2008 | 2720 | $2,760.00 | $1,274.40 | $165.60 | $25.00 | 840 |
| BAE00080383 | 6/4/2008 | 2720 | $8,460.00 | $3,744.90 | $507.60 | $25.00 | 2760 |
| BAE00080409 | 6/4/2008 | 2704 | $20,628.00 | $8,663.76 | $1,237.68 | $69.11 | 6876 |
| BAE00080532 | 6/5/2008 | 2720 | $7,920.00 | $3,326.40 | $475.20 | $25.00 | 2640 |
| BAE00080821 | 6/12/2008 | 2704 | $50,616.00 | $21,258.70 | $3,036.96 | $169.56 | 16872 |
| BAE00080839 | 6/12/2008 | 2704 | $42,600.00 | $1,704.00 | $2,556.00 | $142.71 | 8520 |
| BAE00080847 | 6/12/2008 | 2704 | $68,364.00 | $28,712.88 | $4,101.84 | $229.02 | 22788 |
| BAE00081134 | 6/17/2008 | 2704 | $36,000.00 | $1,440.00 | $2,160.00 | $120.60 | 7200 |
| BAE00081209 | 6/18/2008 | 2704 | $24,660.00 | $10,357.20 | $1,479.60 | $82.62 | 8220 |
| BAE00081399 | 6/20/2008 | 2704 | $42,000.00 | $1,680.00 | $2,520.00 | $140.70 | 8400 |
| BAE00081746 | 6/26/2008 | 2704 | $65,160.00 | $27,367.20 | $3,909.60 | $218.29 | 21720 |
| BAE00081753 | 6/26/2008 | 2704 | $66,564.00 | $27,956.88 | $3,993.84 | $222.99 | 22188 |
| BAE00082058 | 7/2/2008 | 2720 | $1,167.00 | $490.14 | $70.02 | $25.00 | 389 |
| BAE00082181 | 7/3/2008 | 2704 | $43,464.00 | $22,459.68 | $2,607.84 | $145.60 | 11568 |
| BAE00082199 | 7/3/2008 | 2704 | $92,424.00 | $39,048.48 | $5,545.44 | $309.62 | 30648 |
| BAE00082264 | 7/8/2008 | 2704 | $37,728.00 | $15,845.76 | $2,263.68 | $126.39 | 12576 |
| CEB00019103 | 7/8/2008 | 2704 | $31,200.00 | $1,248.00 | $1,872.00 | $104.52 | 6240 |
| CEB00018527 | 7/9/2008 | 2704 | $31,200.00 | $8,419.20 | $1,872.00 | $104.52 | 9180 |
| CEB00018584 | 7/9/2008 | 2704 | $45,000.00 | $18,900.00 | $2,700.00 | $150.75 | 15000 |
| CEB00019178 | 7/9/2008 | 2704 | $12,000.00 | $480.00 | $720.00 | $40.20 | 2400 |
| CEB00019350 | 7/10/2008 | 2704 | $31,500.00 | $18,022.50 | $1,890.00 | $105.53 | 9000 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CEB00019368 | 7/10/2008 | 2704 | $46,260.00 | $2,520.90 | $2,775.60 | $154.98 | 9360 |
| CEB00019376 | 7/10/2008 | 2704 | $58,440.00 | $28,749.60 | $3,506.40 | $195.77 | 16560 |
| CEB00019384 | 7/10/2008 | 2704 | $54,360.00 | $22,831.20 | $3,261.60 | $182.11 | 18120 |
| CEB00019673 | 7/15/2008 | 2720 | $479.00 | $201.18 | $28.74 | $25.00 | 160 |
| CEB00020440 | 7/23/2008 | 2704 | $24,000.00 | $960.00 | $1,440.00 | $80.40 | 4800 |
| CEB00020457 | 7/23/2008 | 2704 | $74,280.00 | $38,801.70 | $4,456.80 | $248.84 | 22380 |
| CEB00020465 | 7/23/2008 | 2704 | $27,600.00 | $1,104.00 | $1,656.00 | $92.46 | 5520 |
| CEB00020473 | 7/23/2008 | 2704 | $65,880.00 | $29,397.60 | $3,952.80 | $220.70 | 20760 |
| CEB00020481 | 7/23/2008 | 2704 | $46,440.00 | $23,965.20 | $2,786.40 | $155.57 | 12480 |
| CEB00020499 | 7/23/2008 | 2704 | $34,740.00 | $228.00 | $2,084.40 | $116.38 | 5280 |
| CEB00021208 | 7/25/2008 | 2720 | $3,638.00 | $435.96 | $153.28 | $25.00 | 346 |
| CEB00021612 | 7/29/2008 | 2720 | $6,000.00 | $240.00 | $360.00 | $25.00 | 1200 |
| CEB00021943 | 7/31/2008 | 2720 | $19,680.00 | $10,627.20 | $1,180.80 | $41.33 | 4920 |
| CEB00022347 | 8/5/2008 | 2720 | $5,400.00 | $2,268.00 | $324.00 | $25.00 | 1800 |
| CEB00022354 | 8/5/2008 | 2704 | $23,520.00 | $13,456.80 | $1,411.20 | $78.79 | 6720 |
| CEB00022362 | 8/5/2008 | 2704 | $62,850.00 | $29,735.70 | $3,754.80 | $209.65 | 19080 |
| CEB00022370 | 8/5/2008 | 2704 | $12,000.00 | $480.00 | $720.00 | $40.20 | 2400 |
| CEB00022388 | 8/5/2008 | 2704 | $10,800.00 | $432.00 | $648.00 | $38.50 | 2160 |
| CEB00022404 | 8/5/2008 | 2704 | $64,164.00 | $29,795.88 | $3,849.84 | $214.95 | 18708 |
| CEB00022545 | 8/6/2008 | 2720 | $2,376.00 | $1,461.24 | $142.56 | $25.00 | 792 |
| CEB00022693 | 8/7/2008 | 2704 | $56,760.00 | $29,243.40 | $3,405.60 | $190.15 | 15960 |
| CEB00022701 | 8/9/2008 | 2704 | $34,260.00 | $13,215.90 | $2,055.60 | $114.78 | 8760 |
| CEB00022735 | 8/9/2008 | 2704 | $38,544.00 | $18,744.48 | $2,312.64 | $129.12 | 12048 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CEB00022685 | 8/11/2008 | 2704 | $12,000.00 | $480.00 | $720.00 | $40.20 | 2400 |
| CEB00023253 | 8/12/2008 | 2704 | $25,650.00 | $13,263.75 | $1,539.00 | $85.93 | 7320 |
| CEB00023345 | 8/12/2008 | 2704 | $67,563.00 | $28,796.99 | $4,053.78 | $226.33 | 22332 |
| CEB00023527 | 8/14/2008 | 2704 | $28,800.00 | $1,152.00 | $1,728.00 | $96.48 | 5760 |
| CEB00023535 | 8/14/2008 | 2704 | $36,960.00 | $19,229.40 | $2,217.60 | $123.82 | 11160 |
| CEB00023543 | 8/14/2008 | 2704 | $30,480.00 | $14,947.20 | $1,828.80 | $102.11 | 9840 |
| CEB00023550 | 8/14/2008 | 2704 | $82,632.00 | $35,446.68 | $4,957.92 | $276.82 | 27312 |
| CEB00024186 | 8/21/2008 | 2720 | $392.00 | $164.64 | $23.52 | $25.00 | 131 |
| CEB00024699 | 8/22/2008 | 2720 | $864.00 | $1,054.80 | $51.84 | $25.00 | 288 |
| CEB00024707 | 8/22/2008 | 2720 | $1,440.00 | $1,019.52 | $86.40 | $25.00 | 480 |
| CEB00024715 | 8/22/2008 | 2720 | $8,640.00 | $261.00 | $518.40 | $25.00 | 2304 |
| CEB00024731 | 8/22/2008 | 2720 | $7,185.00 | $179.63 | $431.10 | $25.00 | 600 |
| CEB00025027 | 8/26/2008 | 2720 | $4,644.00 | $1,950.48 | $278.64 | $25.00 | 1548 |
| CEB00025134 | 8/27/2008 | 2720 | $4,680.00 | $1,965.60 | $280.80 | $25.00 | 1560 |
| CEB00025159 | 8/27/2008 | 2704 | $74,760.00 | $42,773.40 | $4,485.60 | $250.45 | 21360 |
| CEB00025167 | 8/27/2008 | 2704 | $47,460.00 | $27,153.90 | $2,847.60 | $159.00 | 13560 |
| CEB00025175 | 8/27/2008 | 2704 | $13,725.00 | $7,617.38 | $823.50 | $45.98 | 3660 |
| CEB00025217 | 8/27/2008 | 2720 | $6,480.00 | $2,721.60 | $388.80 | $25.00 | 2160 |
| CEB00025266 | 8/27/2008 | 2704 | $60,876.00 | $29,033.64 | $3,652.56 | $203.94 | 2160 |
| CEB00025274 | 8/27/2008 | 2704 | $73,434.00 | $33,857.19 | $4,406.04 | $246.00 | 23040 |
| CEB00025282 | 8/27/2008 | 2704 | $12,360.00 | $494.40 | $741.60 | $41.41 | 2472 |
| CEB00025290 | 8/27/2008 | 2704 | $65,670.00 | $30,234.75 | $3,940.20 | $220.00 | 21180 |
| CEB00025258 | 8/28/2008 | 2704 | $19,443.00 | $3,981.23 | $1,166.58 | $65.13 | 2160 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CEB00025308 | 8/30/2008 | 2704 | $57,000.00 | $25,683.00 | $3,420.00 | $190.95 | 18000 |
| CEB00025761 | 9/3/2008 | 2704 | $47,730.00 | $22,395.15 | $2,863.80 | $159.89 | 15120 |
| CEB00025779 | 9/3/2008 | 2704 | $48,291.00 | $27,154.85 | $2,897.46 | $161.77 | 15072 |
| CEB00026009 | 9/4/2008 | 2704 | $13,050.00 | $1,851.75 | $783.00 | $43.72 | 3480 |
| CEB00026314 | 9/10/2008 | 2704 | $31,350.00 | $5,474.25 | $1,881.00 | $105.03 | 7080 |
| CEB00027007 | 9/12/2008 | 2720 | $23,772.00 | $13,600.98 | $1,426.32 | $49.92 | 6792 |
| CEB00027213 | 9/15/2008 | 2720 | $25,470.00 | $12,710.25 | $1,528.20 | $53.49 | 7860 |
| CEB00027288 | 9/16/2008 | 2720 | $19,890.00 | $11,773.35 | $1,193.40 | $41.77 | 6120 |
| CEB00027361 | 9/17/2008 | 2704 | $22,806.00 | $12,664.89 | $1,368.36 | $76.40 | 6636 |
| CEB00027379 | 9/17/2008 | 2704 | $19,206.00 | $4,847.55 | $1,152.36 | $64.34 | 4716 |
| CEB00027726 | 9/19/2008 | 2704 | $12,660.00 | $3,609.90 | $759.60 | $42.42 | 3000 |
| CEB00027783 | 9/19/2008 | 2704 | $54,000.00 | $25,110.00 | $3,240.00 | $180.90 | 16800 |
| CEB00027858 | 9/19/2008 | 2704 | $56,070.00 | $25,432.65 | $3,364.20 | $187.84 | 17040 |
| CEB00028070 | 9/23/2008 | 2704 | $52,335.00 | $25,643.93 | $3,140.10 | $175.32 | 15636 |
| CEB00028088 | 9/23/2008 | 2704 | $15,582.00 | $8,915.13 | $934.92 | $52.20 | 4452 |
| CEB00028096 | 9/23/2008 | 2704 | $40,290.00 | $11,045.10 | $2,417.40 | $134.97 | 9000 |
| CEB00028104 | 9/23/2008 | 2704 | $56,079.00 | $25,661.14 | $3,364.74 | $187.87 | 17652 |
| CEB00028120 | 9/23/2008 | 2704 | $30,600.00 | $6,820.50 | $1,836.00 | $102.51 | 6840 |
| CEB00028724 | 9/27/2008 | 2720 | $15,372.00 | $8,794.98 | $922.32 | $32.28 | 4392 |
| CEB00028971 | 9/30/2008 | 2720 | $6,772.00 | $2,844.24 | $406.32 | $25.00 | 2160 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CEB00028989 | 9/30/2008 | 2720 | $15,386.00 | $7,478.13 | $923.16 | $32.31 | 4908 |
| CEB00028997 | 9/30/2008 | 2720 | $37,650.00 | $22,011.75 | $2,259.00 | $79.07 | 11280 |
| CEB00029045 | 10/1/2008 | 2704 | $74,580.00 | $42,392.70 | $4,474.80 | $249.85 | 21000 |
| CEB00029086 | 10/2/2008 | 2704 | $84,060.00 | $45,081.90 | $5,043.60 | $281.61 | 24960 |
| CEB00028955 | 10/3/2008 | 2720 | $48,570.00 | $28,097.55 | $2,914.20 | $102.00 | 14220 |
| CEB00029185 | 10/5/2008 | 2720 | $30,057.00 | $11,076.86 | $1,803.42 | $63.12 | 8856 |
| CEB00029193 | 10/5/2008 | 2720 | $3,048.00 | $121.92 | $182.88 | $25.00 | 804 |
| CEB00029201 | 10/6/2008 | 2704 | $24,624.00 | $10,342.08 | $1,477.44 | $82.49 | 8208 |
| CEB00029227 | 10/6/2008 | 2704 | $40,290.00 | $9,979.35 | $2,417.40 | $134.97 | 9120 |
| CEB00029235 | 10/6/2008 | 2704 | $43,080.00 | $15,914.47 | $2,584.80 | $144.33 | 11880 |
| CEB00029243 | 10/7/2008 | 2704 | $87,360.00 | $48,713.40 | $5,241.60 | $292.66 | 26280 |
| CEB00029250 | 10/7/2008 | 2704 | $40,200.00 | $12,552.00 | $2,412.00 | $134.67 | 11880 |
| CEB00029268 | 10/7/2008 | 2704 | $47,967.00 | $32,664.76 | $2,878.02 | $160.69 | 19596 |
| CEB00029276 | 10/7/2008 | 2704 | $43,236.00 | $25,045.74 | $2,594.16 | $144.85 | 12696 |
| CEB00029326 | 10/7/2008 | 2720 | $68,640.00 | $37,065.60 | $4,118.40 | $144.14 | 17160 |
| CEB00029334 | 10/7/2008 | 2720 | $46,848.00 | $26,680.32 | $2,810.88 | $98.38 | 13248 |
| CEB00029383 | 10/9/2008 | 2704 | $16,632.00 | $9,785.88 | $997.92 | $55.72 | 5052 |
| CEB00029466 | 10/9/2008 | 2704 | $35,370.00 | $9,607.05 | $2,122.20 | $118.49 | 8220 |
| CEB00029524 | 10/10/2008 | 2720 | $33,990.00 | $20,534.85 | $2,039.40 | $71.38 | 10920 |
| CEB00029532 | 10/10/2008 | 2720 | $2,160.00 | $1,328.40 | $129.60 | $25.00 | 720 |
| CEB00029441 | 10/11/2008 | 2704 | $27,720.00 | $15,859.80 | $1,663.20 | $92.86 | 7920 |
| CEB00029458 | 10/11/2008 | 2704 | $57,330.00 | $32,800.95 | $3,439.80 | $192.05 | 16380 |
| CEB00029722 | 10/15/2008 | 2720 | $55,650.00 | $31,839.75 | $3,339.00 | $116.87 | 15900 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CEB00029730 | 10/15/2008 | 2720 | $3,570.00 | $2,042.55 | $214.20 | $25.00 | 1020 |
| CEB00029987 | 10/21/2008 | 2720 | $4,500.00 | $2,497.50 | $270.00 | $25.00 | 1200 |
| CEB00030126 | 10/24/2008 | 2720 | $10,920.00 | $8,240.40 | $655.20 | $25.00 | 3360 |
| CEB00030019 | 10/25/2008 | 2704 | $19,620.00 | $3,439.80 | $1,177.20 | $65.73 | 6540 |
| CEB00030159 | 10/26/2008 | 2704 | $20,820.00 | $9,134.55 | $1,249.20 | $69.75 | 5580 |
| CEB00030167 | 10/26/2008 | 2704 | $41,910.00 | $12,351.15 | $2,514.60 | $140.40 | 9600 |
| CEB00030183 | 10/26/2008 | 2704 | $54,003.00 | $24,795.34 | $3,240.18 | $180.92 | 17556 |
| CEB00030431 | 10/29/2008 | 2704 | $55,320.00 | $28,138.80 | $3,319.20 | $185.32 | 15240 |
| CEB00030506 | 10/30/2008 | 2704 | $9,540.00 | $4,001.83 | $572.40 | $36.93 | 3180 |
| CEB00030514 | 10/30/2008 | 2704 | $38,016.00 | $15,966.72 | $2,280.96 | $127.35 | 12672 |
| CEB00030654 | 11/4/2008 | 2704 | $54,540.00 | $23,763.70 | $3,272.40 | $182.71 | 17688 |
| CEB00030662 | 11/4/2008 | 2704 | $37,584.00 | $15,785.28 | $2,255.04 | $125.91 | 12528 |
| CEB00030977 | 11/10/2008 | 2704 | $29,430.00 | $1,177.20 | $1,765.80 | $98.59 | 6540 |
| CEB00030985 | 11/10/2008 | 2704 | $28,395.00 | $1,715.18 | $1,703.70 | $95.12 | 6360 |
| CEB00030993 | 11/10/2008 | 2720 | $212.00 | $89.04 | $12.72 | $2.00 | 71 |
| CEB00030969 | 11/11/2008 | 2704 | $60,465.00 | $27,737.78 | $3,627.90 | $202.56 | 19680 |
| CEB00031405 | 11/18/2008 | 2704 | $51,120.00 | $21,470.40 | $3,067.20 | $171.25 | 17040 |
| CEB00031520 | 11/19/2008 | 2704 | $46,920.00 | $18,093.60 | $2,815.20 | $157.18 | 15480 |
| CEB00031751 | 11/25/2008 | 2704 | $41,670.00 | $9,198.55 | $2,500.20 | $139.60 | 11880 |
| CEB00031769 | 11/25/2008 | 2704 | $51,060.00 | $22,914.90 | $3,063.60 | $171.06 | 16560 |
| CEB00031777 | 11/25/2008 | 2704 | $55,860.00 | $31,959.90 | $3,351.60 | $187.14 | 15960 |
| CEB00032221 | 12/4/2008 | 2704 | $17,850.00 | $714.00 | $1,071.00 | $59.80 | 4200 |
| CEB00032239 | 12/4/2008 | 2704 | $55,800.00 | $23,436.00 | $3,348.00 | $186.93 | 18600 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CEB00032247 | 12/4/2008 | 2704 | $51,600.00 | $24,867.00 | $3,096.00 | $172.86 | 16200 |
| CEB00032254 | 12/4/2008 | 2704 | $48,120.00 | $26,983.80 | $2,887.20 | $161.20 | 13920 |
| CEB00032791 | 12/10/2008 | 2720 | $264.00 | $26.40 | $0.00 | $25.00 | 66 |
| CEB00032809 | 12/10/2008 | 2720 | $358.00 | $339.57 | $21.48 | $25.00 | 252 |
| CEB00032767 | 12/11/2008 | 2704 | $55,800.00 | $23,436.00 | $3,348.00 | $186.93 | 18600 |
| CEB00032775 | 12/11/2008 | 2704 | $46,800.00 | $19,656.00 | $2,808.00 | $156.78 | 15600 |
| CEB00032783 | 12/11/2008 | 2704 | $52,200.00 | $21,924.00 | $3,132.00 | $174.87 | 17400 |
| CEB00032858 | 12/11/2008 | 2704 | $24,276.00 | $971.04 | $1,456.56 | $81.33 | 5712 |
| CEB00032866 | 12/11/2008 | 2704 | $24,174.00 | $966.96 | $1,450.44 | $80.99 | 5688 |
| CEB00033054 | 12/18/2008 | 2704 | $45,360.00 | $1,814.00 | $2,721.60 | $151.96 | 10080 |
| CEB00033666 | 12/26/2008 | 2704 | $24,000.00 | $600.00 | $1,440.00 | $80.40 | 6000 |
| CEB00033682 | 12/29/2008 | 2704 | $55,800.00 | $23,436.00 | $3,348.00 | $186.93 | 18600 |
| CEB00033690 | 12/29/2008 | 2704 | $48,600.00 | $20,412.00 | $2,916.00 | $162.81 | 16200 |
| CEB00033765 | 12/30/2008 | 2704 | $46,200.00 | $20,682.00 | $2,772.00 | $154.77 | 15000 |
| CEB00033773 | 12/30/2008 | 2704 | $57,120.00 | $32,681.00 | $3,427.20 | $191.35 | 16320 |
| CEB00033781 | 12/30/2008 | 2704 | $64,920.00 | $28,339.20 | $3,895.20 | $217.48 | 21480 |
| CEB00033864 | 12/30/2008 | 2704 | $25,350.00 | $15,005.25 | $1,521.00 | $84.93 | 7800 |
| CEB00033872 | 12/30/2008 | 2704 | $50,400.00 | $21,168.00 | $3,024.00 | $168.84 | 16800 |
| | | | | | | | |
| | | | | | | | |
| TOTAL | | | $6,961,337.00 | $2,871,152.11 | $432,734.38 | $23,153.71 | 2069151 |

 Corrected. Classification by IS Whitney originally incorrect. Overbill of $2146.50. Originally stated as LOR of $3998.25, should be $1851.75

| EXHIBIT A 2009 ENTRIES | | POE | ENTERED VALUE | LOSS OF REVENUE | DUTY PAID AT TIME OF ENTRY | TAXES AND FEES (HMF & MPF) | Number of Pairs on Entry |
|---|---|---|---|---|---|---|---|
| CEB00034029 | 1/2/2009 | 2704 | $19,949.00 | $11,808.14 | $1,196.94 | $66.83 | 6138 |
| CEB00034078 | 1/5/2009 | 2704 | $104,652.00 | $2,616.30 | $6,279.12 | $350.59 | 23256 |
| CEB00034110 | 1/5/2009 | 2704 | $34,200.00 | $13,500.00 | $2,052.00 | $114.57 | 11400 |
| CEB00034136 | 1/6/2009 | 2720 | $1,228.00 | $515.76 | $73.68 | $25.00 | 307 |
| CEB00034243 | 1/6/2009 | 2704 | $17,850.00 | $714.00 | $1,071.00 | $59.80 | 4200 |
| CEB00034268 | 1/6/2009 | 2704 | $54,600.00 | $31,239.00 | $3,276.00 | $3,458.91 | 15600 |
| CEB00034276 | 1/6/2009 | 2704 | $44,328.00 | $3,648.12 | $2,659.68 | $148.50 | 11040 |
| CEB00034250 | 1/10/2009 | 2704 | $34,680.00 | $18,268.20 | $2,080.00 | $116.18 | 8160 |
| CEB00034466 | 1/12/2009 | 2720 | $1,307.00 | $548.94 | $78.42 | $25.00 | 436 |
| CEB00034359 | 1/13/2009 | 2704 | $69,840.00 | $34,965.00 | $4,190.40 | $233.96 | 22440 |
| CEB00034367 | 1/13/2009 | 2704 | $34,380.00 | $12,182.40 | $2,062.80 | $115.18 | 11280 |
| CEB00034458 | 1/14/2009 | 2704 | $25,350.00 | $15,005.25 | $1,521.00 | $84.93 | 7800 |
| CEB00034284 | 1/16/2009 | 2704 | $56,550.00 | $33,473.25 | $3,393.00 | $189.45 | 17400 |
| CEB00034979 | 1/21/2009 | 2704 | $18,000.00 | $9,990.00 | $1,080.00 | $60.30 | 4800 |
| CEB00034987 | 1/21/2009 | 2704 | $40,950.00 | $24,239.25 | $2,457.00 | $137.19 | 12600 |
| CEB00034748 | 1/22/2009 | 2704 | $17,340.00 | $9,134.00 | $1,040.40 | $58.09 | 4080 |
| CEB00034888 | 1/22/2009 | 2704 | $73,368.00 | $35,096.76 | $4,402.08 | $245.78 | 24456 |
| CEB00034896 | 1/22/2009 | 2704 | $12,600.00 | $5,292.00 | $756.00 | $42.21 | 4200 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CEB00035166 | 1/25/2009 | 2720 | $692.00 | $351.18 | $41.52 | $25.00 | 148 |
| CEB00035307 | 1/26/2009 | 2720 | $453.00 | $190.26 | $27.18 | $25.00 | 151 |
| CEB00035299 | 1/27/2009 | 2720 | $2,376.00 | $997.92 | $142.56 | $25.00 | 792 |
| CEB00035414 | 2/1/2009 | 2704 | $53,760.00 | $30,758.40 | $3,225.60 | $180.10 | 15360 |
| CEB00035422 | 2/1/2009 | 2704 | $47,040.00 | $26,913.60 | $2,822.40 | $157.58 | 13440 |
| CEB00035430 | 2/1/2009 | 2704 | $76,680.00 | $32,205.60 | $4,600.80 | $256.88 | 25560 |
| CEB00035448 | 2/1/2009 | 2704 | $58,800.00 | $33,612.00 | $3,528.00 | $196.98 | 16800 |
| CEB00035604 | 2/3/2009 | 2704 | $31,320.00 | $13,154.40 | $1,879.20 | $104.92 | 10440 |
| CEB00035406 | 2/4/2009 | 2704 | $40,950.00 | $24,239.25 | $2,457.00 | $137.19 | 12600 |
| CEB00036032 | 2/9/2009 | 2704 | $62,340.00 | $6,069.60 | $3,740.40 | $208.84 | 20280 |
| CEB00036040 | 2/10/2009 | 2704 | $31,980.00 | $16,391.70 | $1,918.80 | $107.14 | 9360 |
| CEB00036057 | 2/10/2009 | 2704 | $81,720.00 | $39,209.40 | $4,903.20 | $273.76 | 26040 |
| CEB00036263 | 2/16/2009 | 2704 | $43,186.00 | $23,367.36 | $2,591.16 | $144.67 | 13776 |
| CEB00036354 | 2/19/2009 | 2704 | $74,100.00 | $43,861.50 | $4,446.00 | $248.24 | 22800 |
| CEB00036719 | 3/4/2009 | 2704 | $23,400.00 | $9,828.00 | $1,404.00 | $78.39 | 7800 |
| CEB00036727 | 3/4/2009 | 2704 | $20,354.00 | $11,635.08 | $1,221.24 | $68.18 | 6420 |
| CEB00036966 | 3/6/2009 | 2720 | $546.00 | $229.32 | $32.76 | $25.00 | 182 |
| EBD08015080 | 3/7/2009 | 2704 | $12,396.00 | $5,433.12 | $776.16 | $43.34 | 4312 |
| CEB00037014 | 3/10/2009 | 2704 | $85,410.00 | $38,487.15 | $5,124.60 | $286.12 | 28080 |
| CEB00037022 | 3/10/2009 | 2704 | $81,420.00 | $45,594.90 | $4,885.20 | $272.76 | 25440 |
| CEB00037030 | 3/10/2009 | 2704 | $24,283.00 | $12,892.62 | $1,456.98 | $81.34 | 7776 |

Case 1:12-cv-00193-MAB    Document 2-1    Filed 07/16/12    Page 15 of 18

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CEB00037048 | 3/10/2009 | 2704 | $30,480.00 | $14,142.60 | $1,828.80 | $102.11 | 9960 |
| CEB00037196 | 3/13/2009 | 2720 | $267.00 | $112.14 | $16.02 | $25.00 | 89 |
| CEB00037162 | 3/17/2009 | 2704 | $80,112.00 | $39,831.48 | $4,806.72 | $268.38 | 25140 |
| CEB00037428 | 3/21/2009 | 2704 | $82,344.00 | $45,883.98 | $4,940.64 | $275.85 | 25548 |
| CEB00037444 | 3/22/2009 | 2704 | $28,800.00 | $33,612.00 | $3,528.00 | $196.98 | 16800 |
| CEB00037774 | 4/1/2009 | 2704 | $28,440.00 | $11,944.80 | $1,706.40 | $95.27 | 9480 |
| CEB00038038 | 4/1/2009 | 2720 | $272.00 | $114.24 | $16.32 | $25.00 | 91 |
| CEB00038160 | 4/6/2009 | 2704 | $4,320.00 | $1,814.40 | $259.20 | $30.40 | 1440 |
| CEB00038384 | 4/7/2009 | 2704 | $32,016.00 | $19,292.04 | $1,920.96 | $107.25 | 10380 |
| CEB00038467 | 4/11/2009 | 2704 | $51,450.00 | $27,519.75 | $3,087.00 | $172.36 | 15300 |
| CEB00038897 | 4/19/2009 | 2704 | $44,550.00 | $24,725.25 | $2,673.00 | $149.25 | 11880 |
| CEB00038905 | 4/19/2009 | 2704 | $52,860.00 | $27,504.90 | $3,171.60 | $177.09 | 15960 |
| CEB00039838 | 4/28/2009 | 2720 | $568.00 | $306.72 | $34.08 | $25.00 | 142 |
| CEB00040018 | 5/6/2009 | 2704 | $28,620.00 | $12,020.40 | $1,717.20 | $95.88 | 9540 |
| CEB00040026 | 5/6/2009 | 2704 | $95,811.00 | $40,240.62 | $5,748.66 | $320.96 | 31937 |
| CEB00041560 | 5/13/2009 | 2704 | $58,680.00 | $24,645.60 | $3,520.80 | $196.58 | 19560 |
| CEB00041578 | 5/13/2009 | 2704 | $52,200.00 | $21,924.00 | $3,132.00 | $174.87 | 17400 |
| CEB00041586 | 5/13/2009 | 2704 | $81,720.00 | $34,322.40 | $4,903.20 | $273.76 | 27240 |
| EBD08017599 | 5/14/2009 | 2704 | $7,416.00 | $3,114.72 | $444.96 | $34.27 | 2472 |
| CEB00042303 | 5/19/2009 | 2704 | $51,840.00 | $21,772.80 | $3,110.40 | $173.66 | 17280 |
| CEB00042311 | 5/19/2009 | 2704 | $51,120.00 | $21,470.40 | $3,067.20 | $171.25 | 17040 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CEB00042329 | 5/19/2009 | 2704 | $54,000.00 | $22,680.00 | $3,240.00 | $180.90 | 18000 |
| CEB00042501 | 5/20/2009 | 2704 | $39,600.00 | $16,632.00 | $2,376.00 | $132.66 | 13200 |
| CEB00043384 | 5/31/2009 | 2704 | $73,800.00 | $30,996.00 | $4,428.00 | $247.23 | 24600 |
| CEB00043392 | 5/31/2009 | 2704 | $33,960.00 | $18,608.40 | $2,037.60 | $133.77 | 9960 |
| CEB00043400 | 5/31/2009 | 2704 | $45,900.00 | $19,278.00 | $2,754.00 | $153.77 | 15300 |
| CEB00042295 | 6/1/2009 | 2704 | $68,400.00 | $28,728.00 | $4,104.00 | $229.14 | 22800 |
| CEB00043988 | 6/1/2009 | 2720 | $672.00 | $362.88 | $40.32 | $25.00 | 168 |
| 55182666409 | 6/6/2009 | 2704 | $43,560.00 | $18,295.20 | $2,613.60 | $145.93 | 15480 |
| EW202007342 | 6/6/2009 | 2704 | $100,620.00 | $42,260.40 | $6,037.20 | $337.08 | 33540 |
| CEB00044945 | 6/13/2009 | 2704 | $52,452.00 | $26,614.01 | $3,147.12 | $175.72 | 17220 |
| CEB00044952 | 6/13/2009 | 2704 | $64,290.00 | $37,336.95 | $3,857.40 | $215.37 | 19920 |
| 55182725221 | 6/20/2009 | 2704 | $25,317.00 | $3,309.48 | $1,519.02 | $84.82 | 7740 |
| 55182738042 | 6/22/2009 | 2704 | $61,200.00 | $25,704.00 | $3,672.00 | $205.02 | 20400 |
| CEB00047047 | 6/26/2009 | 2704 | $62,280.00 | $26,157.60 | $3,736.80 | $208.64 | 13200 |
| CEB00047310 | 6/27/2009 | 2704 | $30,000.00 | $480.00 | $9,360.00 | $100.50 | 6000 |
| CEB00047336 | 6/27/2009 | 2704 | $23,100.00 | $13,216.50 | $1,386.00 | $77.39 | 6600 |
| CEB00047583 | 6/29/2009 | 2704 | $80,748.00 | $32,023.35 | $10,892.88 | $270.51 | 21432 |
| CEB00047740 | 6/30/2009 | 2704 | $82,596.00 | $45,257.94 | $4,955.76 | $276.70 | 25200 |
| ES320329742 | 7/1/2009 | 2704 | $39,600.00 | $16,632.00 | $2,376.00 | $132.66 | 13200 |
| ES320333314 | 7/12/2009 | 2704 | $26,640.00 | $11,188.80 | $1,598.40 | $89.24 | 8880 |
| ES320335095 | 7/14/2009 | 2704 | $10,248.00 | $5,636.52 | $614.88 | $37.81 | 1500 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ES320333280 | 7/15/2009 | 2704 | $75,300.00 | $40,837.50 | $4,518.00 | $252.25 | 22140 |
| ES320333306 | 7/15/2009 | 2704 | $80,766.00 | $40,458.69 | $4,845.96 | $270.57 | 22260 |
| EW202008597 | 7/15/2009 | 2704 | $44,526.00 | $48,847.89 | $21,519.45 | $149.17 | 14796 |
| 55182861281 | 7/18/2009 | 2704 | $21,600.00 | $9,072.00 | $1,296.00 | $72.36 | 7200 |
| ES320333231 | 7/22/2009 | 2704 | $90,269.00 | $54,000.98 | $54,000.98 | $302.42 | 10740 |
| ES320333249 | 7/22/2009 | 2704 | $25,857.00 | $3,255.98 | $3,255.98 | $86.62 | 5004 |
| ES320333264 | 7/22/2009 | 2704 | $42,120.00 | $20,217.60 | $20,217.60 | $141.11 | 14040 |
| ES320337794 | 7/23/2009 | 2704 | $65,358.00 | $35,750.97 | $3,921.48 | $218.96 | 5160 |
| ES320337810 | 7/23/2009 | 2704 | $57,000.00 | $7,068.00 | $3,420.00 | $190.95 | 13080 |
| ES320337828 | 7/23/2009 | 2704 | $89,904.00 | $43,747.56 | $5,394.24 | $301.18 | 27480 |
| 55182861505 | 7/25/2009 | 2704 | $33,501.00 | $8,076.28 | $2,010.06 | $112.23 | 9480 |
| EW202008910 | 7/27/2009 | 2704 | $48,420.00 | $23,241.60 | $23,241.60 | $162.21 | 16140 |
| CEB00050405 | 7/29/2009 | 2704 | $83,316.00 | $3,802.50 | $40,544.10 | $279.12 | 26220 |
| CEB00050413 | 7/29/2009 | 2704 | $38,640.00 | $2,160.00 | $17,703.00 | $129.44 | 12600 |
| CEB00050504 | 7/29/2009 | 2704 | $53,946.00 | $2,498.85 | $26,790.75 | $180.72 | 17800 |
| CEB00051452 | 7/31/2009 | 2720 | $885.00 | $424.80 | $0.00 | $0.00 | 0 |
| CEB00051502 | 8/3/2009 | 2720 | $2,703.00 | $1,297.44 | $0.00 | $0.00 | 0 |
| CEB00051585 | 8/4/2009 | 2720 | $1,092.00 | $524.16 | $0.00 | $0.00 | 0 |
| TOTAL | | | $4,252,450.00 | $1,890,654.80 | $451,953.62 | $17,879.24 | 1280309 |
| ENTRY RATE ADVANCED, BILL ISSUED | | | '07-'09 Potential Loss of Revenue = $3,186,500.85 | | | | |
| | | | '07-'09 Actual Loss of Revenue = $2,003,080.12 | | | | |
| | | | '07-'09 Total Loss of Revenue = $5,189,580.97 | | | | |

| PROTESTED ENTRIES - ACCEPTED | | | | | | | EXHIBIT B | |
|---|---|---|---|---|---|---|---|---|
| 2008 ENTRIES | | POE | ENTERED VALUE | LOSS OF REVENUE | DUTY PAID AT TIME OF ENTRY | TAXES AND FEES (HMF & MPF) | Number of Pairs on Entry | |
| CEB00022685 | 8/11/2008 | 2704 | $12,000.00 | $480.00 | $720.00 | $40.20 | 2400 | |
| CEB00023253 | 8/12/2008 | 2704 | $25,650.00 | $13,263.75 | $1,539.00 | $85.93 | 7320 | |
| CEB00023527 | 8/14/2008 | 2704 | $28,800.00 | $1,152.00 | $1,728.00 | $96.48 | 5760 | |
| CEB00023535 | 8/14/2008 | 2704 | $36,960.00 | $19,229.40 | $2,217.60 | $123.82 | 11160 | |
| CEB00023543 | 8/14/2008 | 2704 | $30,480.00 | $14,947.20 | $1,828.80 | $102.11 | 9840 | |
| CEB00023550 | 8/14/2008 | 2704 | $82,632.00 | $35,446.68 | $4,957.92 | $276.82 | 27312 | |
| ALOR ENTRIES | RATE | | ADVANCED | $84,519.03 | S/B PLOR | | | |
| | | | | | | | | |
| CEB00025159 | 8/27/2008 | 2704 | $74,760.00 | $42,773.40 | $4,485.60 | $250.45 | 21360 | |
| CEB00025167 | 8/27/2008 | 2704 | $47,460.00 | $27,153.90 | $2,847.60 | $159.00 | 13560 | |
| CEB00025175 | 8/27/2008 | 2704 | $13,725.00 | $7,617.38 | $823.50 | $45.98 | 3660 | |
| CEB00025266 | 8/27/2008 | 2704 | $60,876.00 | $29,033.64 | $3,652.56 | $203.94 | 2160 | |
| CEB00025274 | 8/27/2008 | 2704 | $73,434.00 | $33,857.19 | $4,406.04 | $246.00 | 23040 | |
| CEB00025290 | 8/27/2008 | 2704 | $65,670.00 | $30,234.75 | $3,940.20 | $220.00 | 21180 | |
| CEB00025258 | 8/28/2008 | 2704 | $19,443.00 | $3,981.23 | $1,166.58 | $65.13 | 2160 | |
| CEB00025308 | 8/30/2008 | 2704 | $57,000.00 | $25,683.00 | $3,420.00 | $190.95 | 18000 | |
| CEB00025761 | 9/3/2008 | 2704 | $47,730.00 | $22,395.15 | $2,863.80 | $159.89 | 15120 | |
| CEB00025779 | 9/3/2008 | 2704 | $48,291.00 | $27,154.85 | $2,897.46 | $161.77 | 15072 | |
| CEB00026009 | 9/4/2008 | 2704 | $13,050.00 | $1,851.75 | $783.00 | $43.72 | 3480 | |
| | | | | $251,736.24 | 11 PLOR ENTRIES S/B ALOR DUE TO APPROVED PROTESTS | | | |
| | | | | $336,255.27 | 16 ENTRIES APPROVED PROTESTS DO NOT INCLUDE IN (d) DEMAND | | | |
| '07-'09 Potential Loss of Revenue = $3,353,718.06 BEN'S CALCULATION | | | | $3,353,718.06 | | | | |
| 07-09 PLOR | | | | $3,186,500.85 | 2008 PLOR OVERSTATED BY APPROVED | | | |
| | | | | | PROTEST ENTRIES 11 (WHICH ARE ALOR) $251736.24 | | | |
| | | | | | UNDERSTATED BY 6 ALOR ENTRIES THAT WERE | | | |
| | | | | | RATE ADVANCED, PROTESTED AND APPROVED | | | |
| | | | | | $84,519.03 | | | |
| | | | | | 3353718.06-251736.24+84519.03=3186500.85 | | | |
| '07-'09 Actual Loss of Revenue = $1,835,862.91 1592(d) demand Ben's calculation | | | $ | 1,835,862.91 | ALOR IS OVERSTATED BY ENTRIES RATE ADV S/B PLOR | | | |
| ENTRIES RATE ADVANCED BUT INCLUDED AS ALOR S/B PLOR | | | $ | (84,519.03) | TO CORRECT INITIAL ALOR ON 6 RATE ADV ENTRIES S/B PLOR | | | |
| | | | $ | 251,736.24 | INITIALLY PLOR S/B ALOR DUE TO APPROVED PROTEST | | | |
| | | | $ | 2,003,080.12 | ALOR | | | |
| | | | $ | (336,255.27) | REMOVE FROM (d) DEMAND DUE TO FORD MOTOR CO | | | |
| ALOR 1592(d) DEMAND | | | $ | 1,666,824.85 | 1592(d) DEMAND | | | |
| PROTESTED AND APPROVED ENTRIES NOT INCLUDED IN (d) DEMAND | | | $ | 336,255.27 | | | | |
| | | | | $5,189,580.97 | LOR FOR PENALTY PURPOSES | | | |
| Domestic Value $22,604,574.01 | | | | | | | | |