IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE LEO M. GORDON

|  |  |  |
|---|---|---|
| UNITED STATES, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Court No.    12-00193 |
| STERLING FOOTWEAR, INC., ALEX RYAN NG, and NG BRANDING, LLC, | ) ) ) ) | |
| Defendants. | ) ) ) | |

### DEFENDANT ALEX NG'S STATEMENT OF MATERIAL FACTS NOT IN DISPUTE PURSUANT TO USCIT R. 56.3

Pursuant to Rule 56.3, defendant, Alex Ryan Ng submits this Statement of Material Facts not in Dispute.

1. Defendant Alex Ryan Ng ("Mr. Ng") does not hold all shares in Sterling Footwear, Inc. ("Sterling").  (Exhibit Q; Exhibit D 38:22-39:14.)

2. Ty V. Ngo is a shareholder of Sterling.  (Exhibit Q; Exhibit D 38:22-39:14.)

3. Mr. Ng is not the only officer of Sterling Footwear.  (Exhibit Q; Exhibit D 38:22-39:14.)

4. Mr. Ng is not the sole owner of Sterling Footwear.  (Exhibit Q; Exhibit D 38:22-39:14.)

5. Mr. Ng is not the sole director of Sterling Footwear. (Exhibit Q; Exhibit D 38:22-39:14.)

6. Mr. Ng never personally sent any emails to any of Sterling's customs brokers.  (Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 110:14-20; 115:4-6; Exhibit F 34:19-35:15.)

7. Mr. Ng never personally sent any emails to any of Ng Branding, LLC's ("Ng Branding") customs brokers.  (Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 110:14-20; 115:4-6; Exhibit F 34:19-35:15.)

8. Mr. Ng never personally sent any letters to any of Sterling's customs brokers.  (Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 110:14-20; 115:4-6; Exhibit F 34:19-35:15.)

9. Mr. Ng never personally sent any letters to any of Ng Branding's customs brokers. (Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 110:14-20; 115:4-6; Exhibit F 34:19-35:15.)

10. Mr. Ng never personally spoke on the telephone with any of Sterling's customs brokers. (Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 110:14-20; 115:4-6; Exhibit F 34:19-35:15.)

11. Mr. Ng never personally spoke on the telephone with any of Ng Branding's customs brokers. (Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 110:14-20; 115:4-6; Exhibit F 34:19-35:15.)

12. Mr. Ng never personally provided any document to Sterling's customs brokers. (Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 110:14-20; 115:4-6; Exhibit F 34:19-35:15.)

13. Mr. Ng never personally provided any document to Ng Branding's customs brokers. (Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 110:14-20; 115:4-6; Exhibit F 34:19-35:15.)

14. Mr. Ng never personally prepared any document to be provided to Sterling's customs brokers. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶ 5.)

15. Mr. Ng never personally prepared any document to be provided to Ng Branding's customs brokers. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶ 5.)

16. Mr. Ng never personally instructed any person to provide any document to Sterling's customs brokers. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶ 5.)

17. Mr. Ng never personally instructed any person to provide any document to Ng Branding's customs brokers. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶ 5.)

18. Mr. Ng never personally provided any false document to Sterling's customs brokers. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6.)

19. Mr. Ng never personally provided any false document to Ng Branding's customs brokers. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6.)

20. Mr. Ng never personally prepared any false document to be provided to Sterling's customs brokers. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6.)

FASEL LAW
610 Newport Center Drive, Suite 810, Newport Beach, California 92660
Telephone: 949-706-3188

21. Mr. Ng never personally prepared any false document to be provided to Ng Branding's customs brokers. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6.)

22. Mr. Ng never personally instructed any person to provide any false document to Sterling's customs brokers. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6.)

23. Mr. Ng never personally instructed any person to provide any false document to Ng Branding's customs brokers. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6.)

24. Mr. Ng never personally provided any document with material omissions to Sterling's customs brokers. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6.)

25. Mr. Ng never personally provided any document with material omissions to Ng Branding's customs brokers. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6.)

26. Mr. Ng never personally prepared any document with material omissions to be provided to Sterling's customs brokers. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6.)

27. Mr. Ng never personally prepared any document with material omissions to be provided to Ng Branding's customs brokers. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6.)

28. Mr. Ng never personally instructed any person to provide any document with material omissions to Sterling's customs brokers. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6.)

29. Mr. Ng never personally instructed any person to provide any document with material omissions to Ng Branding's customs brokers. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6.)

30. Mr. Ng never personally provided any document to United States Customs and Border Protection ("Customs" or "CBP"). (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6.)

31. Mr. Ng never personally prepared any document to be provided to Customs. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6.)

32. Mr. Ng never personally instructed any person to provide any document to Customs. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6.)

FASEL LAW
610 Newport Center Drive, Suite 810, Newport Beach, California 92660
Telephone: 949-706-3188

33. Mr. Ng never personally provided any false document to Customs. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6.)

34. Mr. Ng never personally prepared any false document to be provided to Customs. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6.)

35. Mr. Ng never personally instructed any person to provide any false document to Customs. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6.)

36. Mr. Ng never personally provided any document with material omissions to Customs. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6.)

37. Mr. Ng never personally prepared any document with material omissions to be provided to Customs. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6.)

38. Mr. Ng never personally instructed any person to provide any document with material omissions to Customs. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6.)

39. Mr. Ng never personally provided any Harmonized Tariff Schedule of the United States ("HTS") classification information to Sterling's customs brokers. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6, 12.)

40. Mr. Ng never personally provided any HTS classification information to Ng Branding's customs brokers. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6, 12.)

41. Mr. Ng never personally instructed any person to provide any HTS classification information to Sterling's customs brokers. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6, 12.)

42. Mr. Ng never personally instructed any person to provide any HTS classification information to Ng Branding's customs brokers. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6, 12.)

43. Mr. Ng never personally provided any false HTS classification information to Sterling's customs brokers. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6, 12.)

44. Mr. Ng never personally provided any false HTS classification information to Ng Branding's customs brokers. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6, 12.)

FASEL LAW
610 Newport Center Drive, Suite 810, Newport Beach, California 92660
Telephone: 949-706-3188

45. Mr. Ng never personally instructed any person to provide any false HTS classification information to Sterling's customs brokers. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6, 12.)

46. Mr. Ng never personally instructed any person to provide any false HTS classification information to Ng Branding's customs brokers. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6, 12.)

47. Mr. Ng never personally provided any HTS classification information with material omissions to Sterling's customs brokers. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6, 12.)

48. Mr. Ng never personally provided any HTS classification information with material omissions to Ng Branding's customs brokers. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6, 12.)

49. Mr. Ng never personally prepared any HTS classification information with material omissions to be provided to Sterling's customs brokers. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6, 12.)

50. Mr. Ng never personally prepared any HTS classification information with material omissions to be provided to Ng Branding's customs brokers. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6, 12.)

51. Mr. Ng never personally instructed any person to provide any HTS classification information with material omissions to Sterling's customs brokers. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6, 12.)

52. Mr. Ng never personally instructed any person to provide any HTS classification information with material omissions to Ng Branding's customs brokers. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6, 12.)

53. Mr. Ng never personally provided any HTS classification information to Customs. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6, 12.)

54. Mr. Ng never personally prepared any HTS classification information to be provided to Customs. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6, 12.)

55. Mr. Ng never personally instructed any person to provide any HTS classification information to Customs. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6, 12.)

FASEL LAW
610 Newport Center Drive, Suite 810, Newport Beach, California 92660
Telephone: 949-706-3188

56. Mr. Ng never personally provided any false HTS classification information to Customs. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6, 12.)

57. Mr. Ng never personally prepared any false HTS classification information to be provided to Customs. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6, 12.)

58. Mr. Ng never personally instructed any person to provide any false HTS classification information to Customs. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6, 12.)

59. Mr. Ng never personally provided any HTS classification information with material omissions to Customs. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6, 12.)

60. Mr. Ng never personally prepared any HTS classification information with material omissions to be provided to Customs. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6, 12.)

61. Mr. Ng never personally instructed any person to provide any HTS classification information with material omissions to Customs. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6, 12.)

62. Mr. Ng never personally made a HTS classification determination for any merchandise entered into the United States by Sterling. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6, 12.)

63. Mr. Ng never personally made a HTS classification determination for any merchandise entered into the United States by Ng Branding. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6, 12.)

64. Mr. Ng never personally instructed any person to make any HTS classification determinations for any merchandise entered into the United States by Sterling. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6, 12.)

65. Mr. Ng never personally instructed any person to make any HTS classification determinations for any merchandise entered into the United States by Ng Branding. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6, 12.)

66.

67. Mr. Ng never personally made a false HTS classification determination for any merchandise entered into the United States by Sterling. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6, 12.)

FASEL LAW
610 Newport Center Drive, Suite 810, Newport Beach, California 92660
Telephone: 949-706-3188

68. Mr. Ng never personally made a false HTS classification determination for any merchandise entered into the United States by Ng Branding. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6, 12.)

69. Mr. Ng never personally instructed any person to make any false HTS classification determinations for any merchandise entered into the United States by Sterling. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6, 12.)

70. Mr. Ng never personally instructed any person to make any false HTS classification determinations for any merchandise entered into the United States by Ng Branding. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6, 12.)

71. Mr. Ng never personally sent an email to Customs containing any false information. (Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 110:14-20; 115:4-6; Exhibit F 34:19-35:15.)

72. Mr. Ng never personally sent an email to Customs containing any information with material omissions. (Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 110:14-20; 115:4-6; Exhibit F 34:19-35:15.)

73. Mr. Ng never personally instructed any person to send an email to Customs containing any false information. (Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 110:14-20; 115:4-6; Exhibit F 34:19-35:15.)

74. Mr. Ng never personally instructed any person to send Customs containing any information with material omissions. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6, 12.)

75. Mr. Ng never sent any document to Customs regarding Sterling's entries of merchandise into the United States. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6, 12.)

76. Mr. Ng never sent any document to Customs regarding Ng Branding's entries of merchandise into the United States. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6, 12.)

77. Mr. Ng never instructed any person to send any document to Customs regarding Sterling's entries of merchandise into the United States. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6, 12.)

78. Mr. Ng never instructed any person to send any document to Customs regarding Ng Branding's entries of merchandise into the United States. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6, 12.)

FASEL LAW
610 Newport Center Drive, Suite 810, Newport Beach, California 92660
Telephone: 949-706-3188

79. Mr. Ng never sent any document to a customs broker regarding Sterling's entries of merchandise into the United States. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6, 12.)

80. Mr. Ng never sent any document to a customs broker regarding Ng Branding's entries of merchandise into the United States. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6, 12.)

81. Mr. Ng never instructed any person to send any document to a customs broker regarding Sterling's entries of merchandise into the United States. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6, 12.)

82. Mr. Ng never instructed any person to send any document to a customs broker regarding Ng Branding's entries of merchandise into the United States. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6, 12.)

83. Mr. Ng is not the sole member of Ng Branding.  (Exhibit E 173:18-21; Exhibit R; Exhibit G 11:13-15.)

84. Mr. Ng is not the only manager of Ng Branding. (Exhibit E 173:18-21; Exhibit R; Exhibit G 11:13-15.)

85. Between 2005 until the present, Mr. Ng's primary residence has been Vietnam. (Exhibit E 6:20-10:25; 52:1-16; 61:14-62:2; 75:20-76:2; 110:14-20; Exhibit Y ¶ 7.)

86. Mr. Ng very rarely was present in Sterling's office in California between 2007 and 2010. (Exhibit E 6:20-10:25; 52:1-16; 61:14-62:2; 75:20-76:2; 110:14-20; Exhibit Y ¶ 7.)

87. Mr. Ng very rarely was present in Ng Branding's office in California between 2007 and 2010. (Exhibit E 6:20-10:25; 52:1-16; 61:14-62:2; 75:20-76:2; 110:14-20; Exhibit Y ¶ 7.)

88. Mr. Ng set up a production department at Sterling's offices.  (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17)

89. Sterling's production department was managed solely by Janet Huynh. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17)

FASEL LAW
610 Newport Center Drive, Suite 810, Newport Beach, California 92660
Telephone: 949-706-3188

90. Mr. Ng was never a member of Sterling's production department. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17)

91. Mr. Ng never assisted Sterling's production department in making HTS classification determinations. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17)

92. Sterling's production department was created to facilitate the entry of Sterling's merchandise into the United States. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17)

93. No other Sterling department, other than the production department, worked on entering Sterling's goods into the United States. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17)

94. Sterling's production department worked with Sterling's customs brokers to make HTS classification determinations for Sterling's merchandise entering the United States. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17)

95. Sterling's production department relied on Sterling's customs brokers to make HTS classification determinations for Sterling's merchandise entering the United States. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17)

FASEL LAW
610 Newport Center Drive, Suite 810, Newport Beach, California 92660
Telephone: 949-706-3188

96. Janet Huynh and Nancy Ng were the only members of Sterling's production department. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17)

97. Janet Huynh and Nancy Ng were the only persons at Sterling that communicated with Sterling's customs brokers. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17)

98. Janet Huynh was the person responsible at Sterling for hiring customs brokers. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17)

99. Alex Ng never personally hired Sterling's customs brokers. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17)

100. Alex Ng never personally decided which customs brokers to hire. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17)

101. Alex Ng never personally instructed any person at Sterling to hire any specific customs broker. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17)

102. Sterling's production department was the only department that sent documents to its customs brokers. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G

FASEL LAW
610 Newport Center Drive, Suite 810, Newport Beach, California 92660
Telephone: 949-706-3188

10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17)

103. Sterling's production department was the only department that sent information to its customs brokers. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17)

104. Janet Huynh and Nancy Ng were the only persons at Sterling that sent documents to its customs brokers. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17)

105. Janet Huynh and Nancy Ng were the only persons at Sterling that sent information to its customs brokers. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17)

106. Janet Huynh and Nancy Ng were the only persons at Sterling that sent documents to its customs brokers regarding Sterling's entries of merchandise into the United States. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17)

107. Janet Huynh and Nancy Ng were the only persons at Sterling that sent information to its customs brokers regarding Sterling's entries of merchandise into the United States. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17)

108. Janet Huynh and Nancy Ng were the only persons at Sterling that sent documents to its customs brokers regarding the HTS classification of Sterling's merchandise entering the United States. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G

FASEL LAW
610 Newport Center Drive, Suite 810, Newport Beach, California 92660
Telephone: 949-706-3188

10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17)

109. Janet Huynh and Nancy Ng were the only persons at Sterling that sent information to its customs brokers regarding the HTS classification of Sterling's merchandise entering the United States. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17)

110. Mr. Ng did not personally manage Sterling's production department. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17)

111. Janet Huynh was the general manager of Sterling. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17)

112. Mr. Ng set up a production department at Ng Branding's offices. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17)

113. Ng Branding's production department was managed solely by Janet Huynh. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17)

114. Mr. Ng was never a member of Ng Branding's production department. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit

FASEL LAW
610 Newport Center Drive, Suite 810, Newport Beach, California 92660
Telephone: 949-706-3188

B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17)

115. Mr. Ng never assisted Ng Branding's production department in making HTS classification determinations. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17)

116. Ng Branding's production department was created to facilitate the entry of Ng Branding's merchandise into the United States. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17)

117. No other Ng Branding department, other than the production department, worked on entering Ng Branding's goods into the United States. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17)

118. Ng Branding's production department worked with Ng Branding's customs brokers to make HTS classification determinations for Ng Branding's merchandise entering the United States. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17)

119. Ng Branding's production department relied on Ng Branding's customs brokers to make HTS classification determinations for Sterling's merchandise entering the United States. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17)

120. Janet Huynh and Nancy Ng were the only members of Ng Branding's production department. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22;

FASEL LAW
610 Newport Center Drive, Suite 810, Newport Beach, California 92660
Telephone: 949-706-3188

Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17)

121. Janet Huynh and Nancy Ng were the only persons at Ng Branding that communicated with Ng Branding's customs brokers. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17)

122. Janet Huynh was the person responsible at Ng Branding's for hiring customs brokers. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17)

123. Alex Ng never personally decided which customs brokers to hire at Ng Branding. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17)

124. Alex Ng never personally instructed any person at Ng Branding to hire any specific customs broker. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17)

125. Ng Branding's production department was the only department that sent documents to its customs brokers. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17)

126. Ng Branding's production department was the only department that sent information to its customs brokers. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17)

FASEL LAW
610 Newport Center Drive, Suite 810, Newport Beach, California 92660
Telephone: 949-706-3188

127. Janet Huynh and Nancy Ng were the only persons at Ng Branding that sent documents to its customs brokers. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17)

128. Janet Huynh and Nancy Ng were the only persons at Ng Branding that sent information to its customs brokers. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17)

129. Janet Huynh and Nancy Ng were the only persons at Ng Branding that sent documents to its customs brokers regarding Ng Branding's s entries of merchandise into the United States. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17)

130. Janet Huynh and Nancy Ng were the only persons at Ng Branding that sent information to its customs brokers regarding Ng Branding's entries of merchandise into the United States. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17)

131. Janet Huynh and Nancy Ng were the only persons at Ng Branding that sent documents to its customs brokers regarding the HTS classification of Ng Branding's merchandise entering the United States. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17)

132. Janet Huynh and Nancy Ng were the only persons at Ng Branding that sent information to its customs brokers regarding the HTS classification of Ng Branding's merchandise entering the United States. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit

FASEL LAW
610 Newport Center Drive, Suite 810, Newport Beach, California 92660
Telephone: 949-706-3188

W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17)

133. Mr. Ng did not personally manage Ng Branding's production department. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17)

134. Janet Huynh was the general manager of Ng Branding. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17)

135. Ng Branding was formed prior to Custom's investigation of Sterling. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17)

136. Ng Branding was formed prior to Custom's initiating contact with Sterling regarding its entries and HTS classification. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17)

137. Ng Branding was the license holder of Robin's Jeans. (Exhibit E 179:15-181:13; 186:2-23; Exhibit Y ¶ 8.)

138. Mr. Ng never personally prepared any Customs forms. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6.)

139. Mr. Ng never personally instructed any person at Ng Branding to prepare any Customs forms. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6.)

140. Mr. Ng never personally instructed any person at Sterling to prepare any Customs forms. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6.)

FASEL LAW
610 Newport Center Drive, Suite 810, Newport Beach, California 92660
Telephone: 949-706-3188

141. Mr. Ng never personally taught any employee at Sterling or Ng Branding how to prepare customs forms. (Exhibit E 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit Y ¶¶ 5-6.)

142. Mr. Ng never personally instructed Nancy Ng how to prepare a Customs form. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17)

143. Mr. Ng never personally instructed Janet Huynh how to prepare a Customs form. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17)

144. Mr. Ng never personally instructed Nancy Ng to use any specific HTS classification for any of Ng Branding's merchandise entering the United States. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17)

145. Mr. Ng never personally instructed Nancy Ng to use any specific HTS classification for any of Sterling's merchandise entering the United States. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17)

146. Mr. Ng never personally instructed Janet Huynh to use any specific HTS classification for any of Ng Branding's merchandise entering the United States. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17)

147. Mr. Ng never personally instructed Janet Huynh to use any specific HTS classification for any of Sterling's merchandise entering the United States. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-

FASEL LAW
610 Newport Center Drive, Suite 810, Newport Beach, California 92660
Telephone: 949-706-3188

119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17)

148. Mr. Ng relied on the production department to make HTS classification determinations. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17.)

149. Mr. Ng relied on Nancy Ng to make HTS classification determinations. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17.)

150. Mr. Ng relied on Janet Huynh to make HTS classification determinations. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17.)

151. Mr. Ng is not a customs broker. (Exhibit Y ¶ 10; Exhibit E 14:25-15:12; 156-9; 16:6-17:7; Exhibit I, p. 28.)

152. Mr. Ng has never performed an entry of merchandise into the United States. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17.)

153. Mr. Ng has never personally been the imported of record for any entry of merchandise into the United States. (Exhibit Y ¶ 10; Exhibit E 14:25-15:12; 156-9; 16:6-17:7; Exhibit I, p. 28.)

154. Mr. Ng was not aware of any of the HTS classification determinations Sterling made for the entry of its merchandise into the United States. (Exhibit Y ¶ 10; Exhibit E 14:25-15:12; 156-9; 16:6-17:7; Exhibit I, p. 28.)

FASEL LAW
610 Newport Center Drive, Suite 810, Newport Beach, California 92660
Telephone: 949-706-3188

155. Mr. Ng was not aware of any of the HTS classification determinations Ng Branding made for the entry of its merchandise into the United States. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17.)

156. Prior to this lawsuit, Customs believed that Mr. Ng had approximately $3,000,000 in assets. (Exhibit T, GOV0005760.)

157. Prior to this lawsuit, Customs had no evidence that Mr. Ng ever personally made any HTS classification determinations. (Exhibit U, GOV0005858; Exhibit M, p.8.)

158. Prior to this lawsuit, Customs had no evidence that Mr. Ng ever personally hired customs brokers. (Exhibit U, GOV0005858; Exhibit M, p.8.)

159. Prior to this lawsuit, Customs had no evidence that Mr. Ng ever personally communicated with Ng Branding or Sterling's customs brokers. (Exhibit U, GOV0005858; Exhibit M, p.8.)

160. Prior to this lawsuit, Customs had no evidence Mr. Ng ever personally provided Sterling or Ng Branding's customs brokers with any HTS classification determinations for the importation of merchandise into the United States. (Exhibit U, GOV0005858; Exhibit M, p.8.)

161. Mr. Ng never personally transferred ownership of any merchandise, while it was in transit to the United States, from Sterling to Ng Branding. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17.)

162. Mr. Ng never personally transferred ownership of any merchandise, while it was in transit to the United States, from Ng Branding to Sterling. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17.)

163. Mr. Ng never personally instructed any person at Ng Branding to transfer ownership of any merchandise, while it was in transit to the United States, from Ng Branding to Sterling. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5;

FASEL LAW
610 Newport Center Drive, Suite 810, Newport Beach, California 92660
Telephone: 949-706-3188

110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17.)

164. Mr. Ng never personally instructed any person at Sterling to transfer ownership of any merchandise, while it was in transit to the United States, from Sterling to Ng Branding. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17.)

165. Mr. Ng never personally instructed any customs broker to transfer ownership of any merchandise, while it was in transit to the United States, from Ng Branding to Sterling. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17.)

166. Mr. Ng never personally instructed any customs broker to transfer ownership of any merchandise, while it was in transit to the United States, from Sterling to Ng Branding. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17.)

167. Mr. Ng was not personally involved in the process of entering Sterling's merchandise into the United States. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17.)

168. Mr. Ng was not personally involved in the process of entering Ng Branding's merchandise into the United States. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17.)

169. Mr. Ng was not personally involved at Sterling in the process of determining HTS classification for Sterling's merchandise entering the United States. (Exhibit Y ¶¶ 3-4,

FASEL LAW
610 Newport Center Drive, Suite 810, Newport Beach, California 92660
Telephone: 949-706-3188

6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17.)

170. Mr. Ng was not personally involved at Ng Branding in the process of determining HTS classification for Ng Branding's merchandise entering the United States. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17.)

171. Mr. Ng never personally approved any of Sterling's HTS classification determinations. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17.)

172. Mr. Ng never personally approved any of Ng Branding's HTS classification determinations. (Exhibit Y ¶¶ 3-4, 6; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17.)

173. Mr. Ng never personally authorized any of Sterling's HTS classification determinations. (Exhibit Y ¶¶ 3-4, 6, 11; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17.)

174. Mr. Ng never personally authorized any of Ng Branding's HTS classification determinations. (Exhibit Y ¶¶ 3-4, 6, 11; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17.)

175. Mr. Ng never personally moved any of Ng Branding's goods into the custody of Customs. (Exhibit Y ¶¶ 3-4, 6, 11; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G

FASEL LAW
610 Newport Center Drive, Suite 810, Newport Beach, California 92660
Telephone: 949-706-3188

10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17.)

176. Mr. Ng never personally moved any of Sterling's goods into the custody of Customs. (Exhibit Y ¶¶ 3-4, 6, 11; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17.)

177. Mr. Ng never personally provided any critical documents to Customs for the release of Ng Branding's merchandise. (Exhibit Y ¶¶ 3-4, 6, 11; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17.)

178. Mr. Ng never personally provided any critical documents to Customs for the release of Ng Branding's merchandise. (Exhibit Y ¶¶ 3-4, 6, 11; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17.)

179. Mr. Ng never personally provided any critical documents to a customs broker for the release of Ng Branding's merchandise. (Exhibit Y ¶¶ 3-4, 6, 11; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17.)

180. Mr. Ng never personally provided any critical documents to a customs broker for the release of Ng Branding's merchandise. (Exhibit Y ¶¶ 3-4, 6, 11; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17.)

181. Mr. Ng never personally instructed any person to provide any critical documents to Customs for the release of Ng Branding's merchandise. (Exhibit Y ¶¶ 3-4, 6, 11; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11;

FASEL LAW
610 Newport Center Drive, Suite 810, Newport Beach, California 92660
Telephone: 949-706-3188

Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17.)

182. Mr. Ng never personally instructed any person to provide any critical documents to Customs for the release of Ng Branding's merchandise. (Exhibit Y ¶¶ 3-4, 6, 11; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17.)

183. Mr. Ng never personally instructed any person to provide any critical documents to a customs broker for the release of Ng Branding's merchandise. (Exhibit Y ¶¶ 3-4, 6, 11; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17.)

184. Mr. Ng never personally instructed any person to provide any critical documents to a customs broker for the release of Ng Branding's merchandise. (Exhibit Y ¶¶ 3-4, 6, 11; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17.)

185. All Sterling's entries of merchandise into the United States were properly classified pursuant to the HTS. (Exhibit Y ¶ 9.)

186. All Ng Branding's entries of merchandise into the United States were properly classified pursuant to the HTS. (Exhibit Y ¶ 9.)

187. Mr. Ng never personally faxed any information to Sterling's customs brokers regarding the proper HTS classification of merchandise entering the United States. (Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 110:14-20; 115:4-6; Exhibit F 34:19-35:15.)

188. Mr. Ng never personally faxed any information to Ng Branding's customs brokers regarding the proper HTS classification of merchandise entering the United States. (Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 110:14-20; 115:4-6; Exhibit F 34:19-35:15.)

189. Mr. Ng never instructed any person to fax any information to Ng Branding or Sterling's customs brokers relating to the proper HTS classification of merchandise entering the

FASEL LAW
610 Newport Center Drive, Suite 810, Newport Beach, California 92660
Telephone: 949-706-3188

United States. (Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 110:14-20; 115:4-6; Exhibit F 34:19-35:15.)

190. Mr. Ng never personally faxed any information or document to Customs relating to the proper HTS classification of merchandise. (Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 110:14-20; 115:4-6; Exhibit F 34:19-35:15.)

191. Mr. Ng never instructed any person at Ng Branding or Sterling to fax any information or document to Customs relating to the classification of merchandise. (Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 110:14-20; 115:4-6; Exhibit F 34:19-35:15.)

192. Mr. Ng relied on his form counsel's opinion that all of Sterling and Ng Branding's HTS classifications for entry into the United States were proper. (Exhibit Y ¶ 9; Exhibit E 143:3-12; 203:15-16.)

193. Mr. Ng is not the alter ego of Ng Branding.  (Exhibit R.)

194. Mr. Ng is not the alter ego of Sterling.  (Exhibit Q.)

195. Mr. Ng never assisted any person to misclassify any merchandise entering the United States pursuant to the HTS.  (Exhibit Y ¶¶ 3-4, 6, 11; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17.)

196. Mr. Ng never assisted Ng Branding to misclassify any merchandise entering the United States pursuant to the HTS.  (Exhibit Y ¶¶ 3-4, 6, 11; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17.)

197. Mr. Ng never assisted Sterling to misclassify any merchandise entering the United States pursuant to the HTS.  (Exhibit Y ¶¶ 3-4, 6, 11; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17.)

198. Mr. Ng never provided any aid to any person to misclassify any merchandise entering the United States pursuant to the HTS. (Exhibit Y ¶¶ 3-4, 6, 11; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8;

FASEL LAW
610 Newport Center Drive, Suite 810, Newport Beach, California 92660
Telephone: 949-706-3188

51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17.)

199. Mr. Ng never provided any aid to Ng Branding to misclassify any merchandise entering the United States pursuant to the HTS.  (Exhibit Y ¶¶ 3-4, 6, 11; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17.)

200. Mr. Ng never provided any aid to Sterling to misclassify any merchandise entering the United States pursuant to the HTS.  (Exhibit Y ¶¶ 3-4, 6, 11; Exhibit E 52:1-16; 61:14-62:2; 75:20-76:2; 77:3-78:5; 110:14-20; 117:1-11; 118:19-119:7; 147:23-148:2; 205:24-206:19; Exhibit G 10:12-22; Exhibit F 15:5-25; 16:19-17:11; Exhibit N GOV0003939; Exhibit W GOV0005924, GOV0005928; Exhibit B 7:8-14; 24:9-25:8; 51:15-17' 41:1-11; Exhibit A 28:4-6; 33:2-8; 29:6-22; 45:5-47:3; 47:15-22; 57:20-60:4; 61:12-62:17.)

Dated: November 12, 2015

Respectfully submitted,

/s/ Thomas A. Fasel

Thomas A. Fasel, Esq.
FASEL LAW
610 Newport Center Drive, Ste 810
Newport Beach, CA 92660
Telephone:    (949) 706-3188
Facsimile:    (949) 606-7002
Email:        taf@fasellaw.com

Attorneys for Defendants Sterling Footwear, Inc., NG Branding, LLC and Alex Ryan Ng

FASEL LAW
610 Newport Center Drive, Suite 810, Newport Beach, California 92660
Telephone: 949-706-3188

FASEL LAW
610 Newport Center Drive, Suite 810, Newport Beach, California 92660
Telephone: 949-706-3188