IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE LEO M. GORDON

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Court No. 12-00193 |
| ) | |
| STERLING FOOTWEAR, INC., ) | |
| ALEX RYAN NG, and NG BRANDING, ) | |
| LLC, ) | |
| ) | |
| Defendants. ) | |

**ALEX NG'S INDEX TO APPENDIX IN**
**SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

| | **DESCRIPTION OF DOCUMENT** | **EXHIBIT** |
|---|---|---|
| 1. | Deposition Transcript of Nancy Ng (11/17/2014) | A |
| 2. | Deposition Transcript of Janet Huynh (11/20/2014) | B |
| 3. | Deposition Transcript of Fernando Calvo (11/19/2014) | C |
| 4. | Deposition Transcript of Ty Ngo (11/18/2014) | D |
| 5. | Deposition Transcript of Alex Ng individually (01/15/2105) | E |
| 6. | Deposition Transcript of Alex Ng on behalf of Sterling Footwear, Inc. 30(b)(6) (01/16/2015) | F |
| 7. | Deposition Transcript of Alex Ng on behalf of Ng Branding, LLC 30(b)(6) (01/16/2015) | G |
| 8. | Alex Ng's Written Discovery to the Government (05/27/2014) | H |
| 9. | Government's Responses to Alex Ng's Written Discovery (07/07/2014) | I |
| 10. | Sterling Footwear, Inc.'s Written Discovery to the Government (05/27/2014) | J |

| **DESCRIPTION OF DOCUMENT** | **EXHIBIT** |
|---|---|
| 11. Government's Responses to Sterling Footwear Inc.'s Written Discovery (07/07/2014) | K |
| 12. Ng Branding, LLC's Written Discovery to the Government (05/27/2014) | L |
| 13. Government's Responses to Ng Branding, LLC's Written Discovery (07/07/2014) | M |
| 14. Email exchange between Nancy Ng of Sterling and customs broker Scott Kauffman wherein Ms. Ng asks for classification assistance (07/27/2009) | N |
| 15. Defendant's Meet & Confer Letters to Government regarding incomplete responses and meritless objections to written discovery (09/26/2014) | O |
| 16. Email exchange between Sterling and US Customs (01/15/2010) | P |
| 17. California Statement of Information for Sterling Foowear, Inc. (05/29/2007) | Q |
| 18. California Articles of Organization for Ng Branding, LLC (02/13/2009) | R |
| 19. Letter confirming Ng Branding holds license to Robin's Jeans (10/06/2009) | S |
| 20. 2012 US Customs internal email discussion regarding liability of Alex Ng (03/20/2012) | T |
| 21. 2011 US Customs internal email discussion regarding liability of Alex Ng (11/10/2011) | U |
| 22. 2011 US Customs internal Memorandum regarding liability of Alex Ng (03/24/2011) | V |
| 23. 2009 US Customs internal Memorandum regarding liability of Alex Ng (12/28/2009) | W |

FASEL LAW
610 Newport Center Drive, Suite 810, Newport Beach, California 92660
Telephone: 949-706-3188

| **DESCRIPTION OF DOCUMENT** | **EXHIBIT** |
|---|---|
| 24. Government's Privilege Log for Document Production redactions (07/07/2014) | X |
| 25. Declaration of Alex Ng in support of Motion for Summary Judgment (11/12/2015) | Y |

FASEL LAW
610 Newport Center Drive, Suite 810, Newport Beach, California 92660
Telephone: 949-706-3188