IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE LEO M. GORDON

|  |  |  |  |
|---|---|---|---|
| UNITED STATES, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | Court No. | 12-00193 |
| | ) | | |
| STERLING FOOTWEAR, INC., | ) | | |
| ALEX RYAN NG, and NG BRANDING, | ) | | |
| LLC, | ) | | |
| | ) | | |
| Defendants. | ) | | |
| | ) | | |

## ORDER GRANTING DEFENDANT ALEX NG'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the United States Court of International Trade:

1. IT IS HEREBY ORDERED that judgment in favor of Defendant Alex Ryan Ng be entered against plaintiff, the United States.

2. IT IS FURTHER ORDERED that plaintiff United States shall take nothing from Defendant Alex Ryan Ng by this judgment.

Dated: _____          _____
    New York, New York                                    Judge